**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **GERTRUDE RADEMACHER**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15 C 2626 |
| **MENARD, INC.**, | ) |
| Defendant. | ) |

## **MEMORANDUM ORDER**

Although this action was removed to this District Court on March 27, 2015, defense counsel has ignored the explicit directive of this District Court's LR 5.2(f) that requires the delivery of a paper copy of the complaint for the assigned judge's use within one business day after filing.[1] To underscore the importance of that requirement to the case management procedures followed by this Court, the first paragraph in its website repeats the requirement, adding that a delivery to this Court's chambers on the date of filing, if possible, would be appreciated (although such earlier delivery is not essential). Because nearly a week has elapsed without compliance by defense counsel, this Court hereby orders:

1. that the missing copy of all removal papers be delivered to this Court's chambers forthwith and

---

[1] In an effort to monitor compliance with that requirement (which has regrettably not always been adhered to by lawyers), both this Court's secretary and its courtroom deputy maintain lists of all deliveries by counsel to this Court's chambers. Although that recordkeeping is intended to be error-free, if counsel here were to establish that what is said in this memorandum order is in error, the sanction called for by this memorandum order will of course be rescinded.

2. that such delivery be accompanied by a check for $100 payable to the "Clerk of the District Court" by reason of the LR 5.2(f) violation, a requirement foreshadowed by the opening provision in this Court's website.

                                                                _____
                                                                 Milton I. Shadur
                                                                 Senior United States District Judge

Date: April 2, 2015